**The Default Judgment below is hereby signed.**

**Dated: August 8, 2017.**



_____
**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

```
           UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DENNIS FOWLER HIGHTOWER, | ) | Case No. 13-00646 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DORI B. HIGHTOWER, *on Behalf of the Bankruptcy Estate of Dennis Fowler Hightower*, | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | Adversary Proceeding No. 15-10023 |
| v. | ) | |
| | ) | |
| DENNIS FOWLER HIGHTOWER, and DENNIS F. HIGHTOWER, JR., | ) ) ) | |
| Defendants. | ) | |

DEFAULT JUDGMENT IN FAVOR OF
<u>BANKRUPTCY ESTATE AGAINST DENNIS F. HIGHTOWER, JR.</u>

Pursuant to the *Order Regarding Entering Default Judgment in Favor of the Bankruptcy Estate Against Dennis F. Hightower, Jr.* of this date (the "*Order Regarding Entering Default Judgment*"), it is

ORDERED and ADJUDGED that Wendell W. Webster, as trustee of the bankruptcy estate of Dennis Fowler Hightower (the estate on

whose behalf the plaintiff sued), recover of Dennis F. Hightower, Jr., the sum of $325,000.00, with interest thereon after the date of entry of this *Default Judgment* as provided by 28 U.S.C. § 1961.  It is further

ORDERED that pursuant to the *Order Regarding Entering Default Judgment*, the court directs the clerk to enter this *Default Judgment* as a final judgment as to Dennis F. Hightower, Jr., adjudicating all claims asserted against Dennis F. Hightower, Jr., in this proceeding and disposing of and concluding this adversary proceeding (except with respect to proceedings to collect this *Default Judgment*) with respect to Dennis Hightower, Jr., with this *Default Judgment* constituting a final and appealable judgment.

[Signed and dated above.]

Copies to: All counsel of record; Wendell W. Webster, Chapter 7 Trustee; Office of United States Trustee.