The order below is hereby signed.

Signed: September 18 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DENNIS FOWLER HIGHTOWER, | ) | Case No. 13-00646 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DORI B. HIGHTOWER, *on Behalf of the Bankruptcy Estate of Dennis Fowler Hightower*, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 15-10023 |
| DENNIS FOWLER HIGHTOWER, and DENNIS F. HIGHTOWER, JR., | ) ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT DISMISSING CLAIMS AGAINST DENNIS FOWLER HIGHTOWER, CONCLUDING ADVERSARY PROCEEDING, AND RELIEVING PLAINTIFF OF FURTHER RESPONSIBILITY TO PURSUE CLAIMS ON BEHALF OF THE ESTATE**

Pursuant to the oral motion made at the hearing of September 13, 2017, it is

ORDERED that this adversary proceeding is dismissed as to Dennis Fowler Hightower. It is further

ORDERED that the plaintiff, Dori B. Hightower, is relieved of any further responsibility to pursue claims on behalf of the

estate, and responsibility for collection of the *Default Judgment* entered against Dennis Fowler Hightower, Jr., rests with the trustee of the bankruptcy estate of Dennis Fowler Hightower. It is further

ORDERED that this is a final and appealable judgment concluding the adjudication of the claims asserted in this adversary proceeding. It is further

ORDERED that the *Default Judgment* against Dennis Hightower, Jr., remains in place, and the court retains jurisdiction regarding enforcement of that *Default Judgment*, including, but not limited to, jurisdiction for the Clerk to issue any writs of execution in aid of efforts of the trustee of the bankruptcy estate of Dennis Fowler Hightower to collect that *Default Judgment*.

[Signed and dated above.]

Copies to: All counsel of record; Wendell W. Webster, Chapter 7 Trustee; Office of United States Trustee.